COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-107-CV

IN THE INTEREST OF I.M., K.M., A.M., AND M.M., CHILDREN

----------

FROM THE 323RD DISTRICT COURT 
OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

------------

On April 15, 2009, we notified appellant T.N., in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid.  
See
 Tex. R. App. P. 42.3(c).  On June 25, 2009, we also notified the parties that the appeal of T.N. could be dismissed for want of prosecution unless by July 6, 2009, T.N. or any party desiring to continue the appeal filed with the court a response informing this court that T.N. desired to continue her appeal.

Because we have received no response to either letter, we dismiss the appeal for want of prosecution.  
See
 
Tex. R. App. P. 42.3(c), 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:
  July 16, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.